

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00581-CR

Javier **PARRA-PEREA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 501025
Honorable Raymond Angelini, Judge Presiding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  December 28, 2016

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.[2] The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH

---

[1] The Honorable Raymond Angelini, retired, sitting by assignment.

[2] Appellant entitled his motion as a motion to abate. However, the substance of the motion seeks dismissal of the appeal. Accordingly, we construe the motion as a motion to dismiss. *See State v. Boyd*, 202 S.W.3d 393, 400 (Tex. App.—Dallas 2006, pet. ref'd) (citing *Savage v. State*, 933 S.W.2d 497, 499 (Tex. Crim. App. 1996); *State v. Evans*, 843 S.W.2d 576, 577 (Tex. Crim. App. 1992) (en banc)).